# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **Batman Investments LLC, individually and on behalf of all others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**Jerry Hostetter; Mir Jafer Ali Joffrey, also known as BUCK JOFFREY; Randall Leaman; and David Zook**<br><br>*Defendant* | Civil Action No. 5:25-cv-04911-CH |

## AFFIDAVIT OF SERVICE

I, Emilie Heath, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Randall S. Leaman in Lancaster County, PA on September 12, 2025 at 12:43 pm at 44 Pintail Turn, Lititz, PA 17543 by personal service by handing the following documents to an individual identified as Randall S. Leaman.

SUMMONS IN A CIVIL ACTION
COMPLAINT

White Male, est. age 55-64, glasses: N, Gray hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.1201515181,-76.3506742576
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Dauphin County_____,

__PA____ on __9/18/2025_____.

/s/ *Emilie Heath*
_____
Signature
Emilie Heath
+1 (717) 678-2523



Exhibit 1a)