# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

| | |
|---|---|
| **Batman Investments LLC, individually and on behalf of all others similarly situated,** | ) <br> ) <br> ) |
| *Plaintiff* | ) <br> ) |
| v. | )    Civil Action No. 5:25-cv-04911-CH <br> ) |
| **Jerry Hostetter, Mir Jafer Ali Joffrey (a/k/a Buck Joffrey), Randall Leaman, and David Zook,** | ) <br> ) <br> ) <br> ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to David R. Zook in Lancaster County, PA on September 3, 2025 at 6:21 pm at 100 Clearwater Dr, Gap, PA 17527 by residential substituted service by leaving the documents at the usual place of abode of David R. Zook with Jennica Zook who is the Daughter/Co-Resident of David R. Zook and whose age is 18 years or older.

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT

White Female, est. age 18-24, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.9800220357,-75.9864606729
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Chester County                  ,

    PA     on   9/8/2025        .

/s/ *Kimberly Mcmullin*

Signature
Kimberly Mcmullin
+1 (484) 319-1715



Exhibit 1a)

