IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Batman Investments LLC, individually and on behalf of all others similarly situated, | : CIVIL ACTION : : NO. 5:25-cv-04911-CH |
| Plaintiff, | : |
| v. | : : |
| Jerry Hostetter, Mir Jafer Ali Joffrey (a/k/a Buck Joffrey), Randall Leaman, and David Zook, | : : : : |
| Defendants. | : : |

**NOTICE OF APPEARANCE**

TO THE CLERK:

    Kindly enter the appearance of Christopher D. Carusone, Esquire, on behalf of Defendant David Zook.

                               **COHEN, SEGLIAS, PALLAS,**
                               **GREENHALL & FURMAN, P.C.**

                  By: _____
                         Christopher D. Carusone, Esquire, ID# 71160
                         1600 Market Street, 32nd Floor
                         Philadelphia, PA 19103
                         Phone: (215) 564-1700
                         Email: ccarusone@cohenseglias.com
                         *Attorneys for Defendant,*
                         *David Zook*

Date: October 24, 2025