IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Batman Investments LLC, individually and on behalf of all others similarly situated, | : CIVIL ACTION<br>:<br>: NO. 5:25-cv-04911-CH |
| Plaintiff, | : |
| v. | : |
| Jerry Hostetter,<br>Mir Jafer Ali Joffrey (a/k/a Buck Joffrey),<br>Randall Leaman, and<br>David Zook, | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Kindly enter the appearance of Benjamin D. Hartwell, Esquire, on behalf of Defendant David Zook.

                                   **COHEN, SEGLIAS, PALLAS,**
                                   **GREENHALL & FURMAN, P.C.**

                            By: _____
                                Benjamin D. Hartwell, Esquire, ID# 321003
                                1600 Market Street, 32nd Floor
                                Philadelphia, PA 19103
                                Phone: (215) 564-1700
                                Email: bhartwell@cohenseglias.com
                                *Attorneys for Defendant,*
                                *David Zook*

Date: __October 24, 2025__