IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Batman Investments LLC, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION<br><br>NO. 5:25-cv-04911-CH |
| Plaintiff, | : : | |
| v. | : : | |
| Jerry Hostetter, Mir Jafer Ali Joffrey (a/k/a Buck Joffrey), Randall Leaman, and David Zook, | : : : : : | |
| Defendants. | : : | |

**STIPULATION AND ORDER EXTENDING DEADLINE
FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Batman Investments LLC and Defendants David Zook, Jerry Hostetter, Mir Jafer Ali Joffrey, and Randall Leaman (collectively, "Defendants") by and through their undersigned counsel, hereby **STIPULATE** and **AGREE**, pursuant to Local Rule of Civil Procedure 7.4(b), respectfully request that this Court enter the below Order approving this Stipulation:

1. WHEREAS, on August 27, 2025, Plaintiff filed the Complaint (ECF No. 1);

2. WHEREAS, on September 03, 2025, Plaintiff served David Zook;

3. WHEREAS, on September 12, 2025, Plaintiff served Defendant Randall Leaman;

4. WHEREAS, on October 06, 2025, counsel for defendant Jerry Hostetter waived service, and

5. WHEREAS, on October 23, 2025, counsel for Mir Jafer Ali Joffrey accepted service on his behalf; and

1

6. WHEREAS, the Parties have conferred and agreed to a proposed schedule for Defendants to respond to the Complaint and, should Defendants move to dismiss the Complaint in whole or in part, a briefing schedule for such motion(s).

IT IS HEREBY STIPULATED AND AGREED:

1. The new response deadline for all Defendants shall be on or before December 5, 2025.

2. If any of the Defendants move to dismiss Plaintiff's Complaint, Plaintiff's deadline to oppose the motion(s), or alternately, to amend its complaint, shall be on or before January 16, 2026.

3. Defendants' deadline to respond to any amended complaint, or alternately, to submit a reply to any opposition(s) to motion(s) to dismiss, shall be filed on or before March 02, 2026.

Dated: November 17, 2025

| **ALEX ROGERS LAW** | **COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.** |
|---|---|
| BY: /s/Alex Rogers<br>Alex E. Rogers, Esquire<br>(PA ID #71043)<br>425 New Commerce Boulevard<br>Wilkes-Barre, PA 18706<br>Phone: 570-262-8250<br>Email: arogers@bedwickandjones.com<br><br>Jason J. Kane (will seek *pro hac vice*)<br>**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**<br>160 Linden Oaks<br>Rochester New York 16425<br>858-310-5140<br>jkane@peifferworlf.com<br><br>Daniel Centner (will seek *pro hac vice*)<br>**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**<br>935 Gravier Street<br>New Orleans LA 70112<br>504-605-2234<br>dcentner@peifferwolf.com | BY: /s/Benjamin D. Hartwell<br>Christopher D. Carusone, Esquire<br>(PA ID# 71160)<br>Benjamin D. Hartwell, Esquire<br>(PA ID# 321003)<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103<br>Phone: (215) 564-1700<br>Email: ccarusone@cohenseglias.com<br>         bhartwell@cohenseglias.com<br><br>David Axelrod (PA ID# 323792)<br>**BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor,<br>Philadelphia, PA 19103<br>Phone: (215) 864-8639<br>Email: axelrodd@ballardspahr.com<br><br>*Attorneys for Defendant David Zook* |

2

Nico Banks (will seek *pro hac vice*)
**BANKS LAW OFFICE**
1121 SE Sherman St., Unit A
Portland, OR 97214
(T) 971-678-0036
nico@bankslawoffice.com

Scott Silver (will seek pro *hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
(T) 954-755-4799
ssilver@silverlaw.com

Ryan Schwamm (will seek *pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
(T) 954-755-4799
rschwamm@silverlaw.com

Peter Spett (will seek *pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road Coral Springs, FL 33065
(T) 954-755-4799
pspett@silverlaw.com

*Attorneys for Plaintiff Batman Investments LLC, individually and on behalf of all others similarly situated*

BY:   /s/Dugan Kelley
**KELLEY CLARKE LAW PC**
Matthew M. Clarke (*pro hac vice* pending)
Dugan Kelley
603 E. Broadway Street
Prosper Texas 75078
805-884-9922
matt@kelleyclarke.com
dugan@kelleyclarke.com

*Attorney for Defendant Mir Jafer Ali Joffrey*

BY:   /s/Mark Carlisle Levy
Mark Carlisle Levy
**ECKERTS SEAMANS CHERIN & MELLOTT, LLC**
Attorney ID No. 42234
Two Liberty
50 South 16th Street., 22nd Floor
Philadelphia, PA 19102
215-851-8400
215-851-8383 (fax)
mlevy@eckertseamans.com

*Attorney for Defendant Jerry Hostetter*

BY:   /s/Meredith Sherman
Meredith Sherman
**GREENBAUM ROWE SMITH & DAVIS**
99 Wood Avenue South
Iselin, NJ 08830
215-880-5940
732-549-1881 (fax)
msherman@greebaumlaw.com

*Attorney for Defendant Randall Leaman*

3

**APPROVED BY THE COURT:**

_____
Catherine Henry, J.