IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Batman Investments LLC, individually and on
behalf of all others similarly situated,                          :          Case Number:  5-25-cv-04911
                                                                  :
                          Plaintiff                               :
                                                                  :
            v.                                                    :
                                                                  :
Jerry Hostetter, Mir Jafer Ali Joffrey (a/k/a Buck                :
Joffrey), Randall Leaman, and David Zook                          :

                          Defendants
                                        ORDER

            AND NOW, this  4th   day of    December           20 25 , it is hereby

            ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is


         ☑    GRANTED.  The Clerk is DIRECTED to add  Jason Kane          , Esquire as counsel for

Batman Investments LLC              .                    is DIRECTED to request ECF filing access

using their PACER Account[1]


         ☐    DENIED.

                                                        /s/ Catherine Henry
                                        _____
                                                                          , J.


[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).