Meredith C. Sherman (040122009)
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
99 Wood Avenue South
Iselin, New Jersey 08830-2712
(732) 549-5600
msherman@greenbaumlaw.com
Attorneys for Defendant Randall Leaman

| | |
|---|---|
| Batman Investments LLC, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>Jerry Hostetter,<br>Mir Jafer Ali Joffrey (a/k/a Buck Joffrey),<br>Randall Leaman, and<br>David Zook,<br><br>      Defendants. | No.: 5:25-cv-04911-CH<br><br>Oral Argument Requested |

### NOTICE OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that Defendant Randall Leaman ("Defendant Leaman"), by and through his attorneys, Greenbaum, Rowe, Smith, & Davis, LLP, will move before the Honorable Catherine Henry, United States District Court for the Eastern District of Pennsylvania, at the 101 Larry Holmes Drive, Easton, PA 18072 for an Order dismissing Plaintiff's Complaint as against Defendant Leaman with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of Defendant Leaman's Motion, Defendant Leaman shall rely upon the accompanying Memorandum of Law, and Certification of Meredith C. Sherman. A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

11103607.3

Respectfully submitted,
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Attorneys for Defendant Randall Leaman

By: _____
      MEREDITH C. SHERMAN

Metro Corporate Campus One
99 Wood Avenue South
Iselin, New Jersey  08830-2712
(732) 549-5600
msherman@greenbaumlaw.com
Attorneys for Defendant Randall Leaman

2

11103607.3

## CERTIFICATION OF SERVICE

I certify that on December 5, 2025, I caused a true and correct copy of the Notice of Motion to Dismiss, Memorandum of Law, Certification of Meredith C. Sherman, and proposed form of Order to be filed electronically via the CM/ECF system, and to be served electronically via email, upon:

| | |
|---|---|
| Peter Spett (pro hac vice)<br>Scott Silver (pro hac vice)<br>Ryan Schwamm (pro hac vice)<br>SILVER LAW GROUP<br>11780 W. Sample Road coral<br>Springs, FL 33065<br>pspett@silverlaw.com<br>ssilver@silverlaw.com<br>rschwamm@silverlaw.com<br><br>*Attorneys for Plaintiff Batman Investments LLC, individually and on behalf of all others similarly situated* | Nico Banks (pro hac vice)<br>BANKS LAW OFFICE<br>1121 SE Sherman St., Unit A<br>Portland, OR 97214<br>nico@bankslawoffice.com |
| Matthew M. Clarke (pro hac vice)<br>KELLEY CLARKE LAW PC<br>Dugan Kelley<br>603 E. Broadway Street<br>Prosper Texas 75078<br>matt@kelleyclarke.com<br>dugan@kelleyclarke.com<br>*Attorney for Defendant Mir Jafer Ali Joffrey* | Mark Carlisle Levy<br>ECKERTS SEAMANS CHERIN & MELLOTT, LLC<br>Two Liberty<br>50 South 16th Street., 22nd Floor<br>Philadelphia, PA 19102<br>215-851-8400<br>215-851-8383 (fax)<br>mlevy@eckertseamans.com<br>*Attorney for Defendant Jerry Hos tetter* |



MEREDITH C. SHERMAN

Dated: December 5, 2025

11103607.3