IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Batman Investments LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Jerry Hostetter, Mir Jafer Ali Joffrey (a/k/a Buck Joffrey), Randall Leaman, and David Zook<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: Case No. 5:25-cv-04911-CH<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT MIR JAFER ALI JOFFREY'S NOTICE OF JOINDER IN CO-DEFENDANTS' MOTIONS TO DISMISS**

TO ALL THE HONORABLE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD: Defendant Mir Jafer Ali Joffrey ("Joffrey") hereby submits this Notice of Joinder in the following motions currently pending before the Court:

1. Defendant Randall Leaman's Motion to Dismiss and Memorandum of Law in Support (Dkt. 31 / filed Dec. 5, 2025).

2. Defendant Jerry Hostetter's Motion to Dismiss for Failure to Join, or Alternatively Motion to Stay (Dkt. 32 / filed Dec. 5, 2025).

3. Defendant Jerry Hostetter's Motion to Dismiss for Failure to State a Claim and Memorandum of Law in Support (Dkt. 33 / filed Dec. 5, 2025).

4. Defendant David Zook's Motion to Dismiss for Failure to State a Claim and Memorandum in Support (Dkt. 34 / filed Dec. 5, 2025).

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(7), Joffrey joins in full each of the arguments, grounds, and authorities set forth in the named motions. Joffrey

respectfully requests dismissal of all claims asserted against him for the same reasons those motions warrant dismissal of the claims against Leaman, Hostetter and Zook.

For the reasons set forth in the Leaman, Hostetter and Zook Motions to Dismiss Defendant Mir Jafer Ali "Buck" Joffrey respectfully requests that the Court Dismiss all claims against him with prejudice and grant such other relief as the Court deems just and proper.

    Respectfully submitted,

    POST & SCHELL, P.C.

    By: *Abraham J. Rein*
    ABRAHAM J. REIN, ESQUIRE
    Four Penn Center, 14th Floor
    1600 John F. Kennedy Blvd.
    Philadelphia, Pa 19103
    arein@postschell.com
    (215) 587-1057
    (215) 320-4194 (Facsimile)
    Attorneys For Defendant Mir Jafer Ali Joffrey

    KELLEY CLARKE, P.C.

    By: */s/*
    MATTHEW CLARKE, ESQUIRE
    [Pro Hac Vice - Dkt. 26]
    603 E. Broadway Street
    Prosper, Texas 75078
    matt@kelleyclarke.com
    (805) 884-9922
    (866) 611-9852 (facsimile)
    Attorneys For Defendant Mir Jafer Ali Joffrey

December 12, 2025

## CERTIFICATE OF SERVICE

I, Abraham J. Rein, certify that I electronically filed with the Court the foregoing document entitled Defendant Mir Jafer Ali Joffrey's Notice of Joinder In Co-Defendants' Motions to Dismiss and the document is available for viewing and downloading from the CM/ECF System and thereby has been served upon all counsel of record, electronically.

By: /s/Abraham J. Rein
Abraham J. Rein

Dated: December 12, 2025