IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| Batman Investments LLC, individually | : | CIVIL ACTION |
| and on behalf of all others similarly situated, | : | |
| | : | NO. 5:25-cv-04911-CH |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Jerry Hostetter, | : | |
| Mir Jafer Ali Joffrey (a/k/a Buck Joffrey), | : | |
| Randall Leaman, and | : | |
| David Zook, | : | |
| Defendants. | : | |
| | : | |

**STIPULATION AND ORDER EXTENDING PAGE LIMIT
FOR BRIEFS RELATING TO DEFENDANTS' MOTIONS**

Plaintiff Batman Investments LLC and Defendants David Zook, Jerry Hostetter, Mir Jafer Ali Joffrey, and Randall Leaman (collectively, "Defendants"), by and through their undersigned counsel, hereby **STIPULATE** and **AGREE**, pursuant to Local Rule of Civil Procedure 7.4(b), and respectfully request that this Court enter the below Order approving this Stipulation:

1. WHEREAS, on December 5, 2025, Defendant Leaman filed a Motion to Dismiss Plaintiff's Complaint (ECF No. 31);

2. WHEREAS, on December 5, 2025 Defendant Hostetter filed a Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(7), or, in the Alternative, to Stay Proceedings (ECF No. 32);

3. WHEREAS, on December 5, 2025, Defendant Hostetter filed a Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (ECF No. 33);

4. WHEREAS, on December 5, 2025, Defendant Zook filed a Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (ECF No. 34);

1

5. WHEREAS, on December 5, 2025, Defendant Zook filed a Joinder to Defendant Hostetter's Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(7), or, in the Alternative, to Stay Proceedings (ECF No. 35);

6. WHEREAS, on December 5, 2025, Defendant Joffrey filed a Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (ECF No. 37);

7. WHEREAS, Plaintiff intends to file an Omnibus Response to all of the Defendants' separate Motions to Dismiss and Motion to Stay.

IT IS HEREBY STIPULATED AND AGREED:

1. The Plaintiff will be allowed up to fifty (50) pages in its Omnibus Response to the Defendants' Motions to Dismiss and Motion to Stay.

2. The Defendants will be allowed up to fifteen (15) pages in their reply briefs to Plaintiff's Omnibus Response.

Dated: January 8, 2026

BY: /s/Daniel Centner
Daniel Centner (admitted *pro hac vice*)
**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**
935 Gravier Street
New Orleans LA 70112
504-605-2234
dcentner@peifferwolf.com

Alex E. Rogers, Esquire
**ALEX ROGERS LAW**
(PA ID #71043)
425 New Commerce Boulevard
Wilkes-Barre, PA 18706
Phone: 570-262-8250
Email: arogers@bedwickandjones.com

Jason J. Kane (admitted *pro hac vice*)
**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**
160 Linden Oaks
Rochester New York 16425
858-310-5140
jkane@peifferwolf.com

**COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.**

BY: /s/Benjamin D. Hartwell
Christopher D. Carusone, Esquire
(PA ID# 71160)
Benjamin D. Hartwell, Esquire
(PA ID# 321003)
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
Phone: (215) 564-1700
Email: ccarusone@cohenseglias.com
       bhartwell@cohenseglias.com

David Axelrod (PA ID# 323792)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor,
Philadelphia, PA 19103
Phone: (215) 864-8639
Email: axelrodd@ballardspahr.com

*Attorneys for Defendant David Zook*

2

<table>
<tr><td>

Nico Banks (admitted *pro hac vice*)
**BANKS LAW OFFICE**
1121 SE Sherman St., Unit A
Portland, OR 97214
(T) 971-678-0036
nico@bankslawoffice.com

Scott Silver (admitted *pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
(T) 954-755-4799
ssilver@silverlaw.com

Ryan Schwamm (admitted *pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
(T) 954-755-4799
rschwamm@silverlaw.com

Peter Spett (admitted *pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road Coral Springs, FL 33065
(T) 954-755-4799
pspett@silverlaw.com

*Attorneys for Plaintiff Batman Investments LLC, individually and on behalf of all others similarly situated*

</td><td>

BY:   */s/Abraham J. Rein*
      Abraham J. Rein, Esquire
      Four Penn Centner, 14th Floor
      1600 John F. Kennedy Blvd.
      Philadelphia, PA 19103
      arein@postchell.com
      (215) 587-1057
      (215) 320-4194 (Facsimile)

      **KELLEY CLARKE LAW PC**
      Matthew M. Clarke (*pro hac vice* pending)
      Dugan Kelley
      603 E. Broadway Street
      Prosper Texas 75078
      805-884-9922
      matt@kelleyclarke.com
      dugan@kelleyclarke.com

      *Attorney for Defendant Mir Jafer Ali Joffrey*

BY:   */s/Mark Carlisle Levy*
      Mark Carlisle Levy
      **ECKERTS SEAMANS CHERIN & MELLOTT, LLC**
      Attorney ID No. 42234
      Two Liberty
      50 South 16th Street., 22nd Floor
      Philadelphia, PA 19102
      215-851-8400
      215-851-8383 (fax)
      mlevy@eckertseamans.com

      *Attorney for Defendant Jerry Hostetter*

BY:   */s/Meredith Sherman*
      Meredith Sherman
      **GREENBAUM ROWE SMITH & DAVIS**
      99 Wood Avenue South
      Iselin, NJ 08830
      215-880-5940
      732-549-1881 (fax)
      msherman@greebaumlaw.com

      *Attorney for Defendant Randall Leaman*

</td></tr>
</table>

3

**APPROVED BY THE COURT:**

/s/ Catherine Henry
_____
Catherine Henry, J.

1/8/2026