

11780 W. Sample Road
Coral Springs, FL 33065
Tel: (954) 755-4799
Fax: (954) 755-4684

February 6, 2026

**VIA CM/ECF**

The Honorable Catherine M. Henry
United States District Judge
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

**Re: Batman Investments LLC v. Hostetter, et al., Civil Action No. 5:25-cv-04911-CH**
**Plaintiff's Letter Request Regarding Rule 16 Conference**

Dear Honorable Judge Henry:

    Counsel for Plaintiff respectfully submits this letter request, in lieu of filing a formal motion, to ask that the Court schedule a Rule 16 pretrial conference. Defendants' motions to dismiss remain pending, and no Rule 16 conference has yet been noticed. Consistent with the Court's procedures, Plaintiff believes that a conference at this stage would be helpful to address case management and discovery, which the rules contemplate may proceed while preliminary motions are pending.

    Please let us know if the Court would like the parties to confer and submit a proposed Rule 26(f) report in advance of a Rule 16 conference, or if the Court prefers a different course.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

Peter M. Spett, Of Counsel
Silver Law Group

Cc: All Counsel of Record