IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Batman Investments LLC, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 5:25-cv-04911-CH |
| v. | : : | |
| Jerry Hostetter, Mir Jafer Ali Joffrey (a/k/a Buck Joffrey), Randall Leaman, and David Zook, | : : : : : | |
| Defendants. | : : | |

**JOINT STIPULATION AND ORDER
EXTENDING DEADLINE FOR DEFENDANTS TO FILE
REPLY BRIEFS IN FURTHER SUPPORT OF THEIR MOTIONS TO DISMISS**

Plaintiff Batman Investments LLC ("Plaintiff") and Defendants David Zook, Jerry Hostetter, Mir Jafer Ali Joffrey, and Randall Leaman (collectively, "Defendants") by and through their undersigned counsel, hereby **STIPULATE** and **AGREE**, and pursuant to Local Rule of Civil Procedure 7.4(b), respectfully request that this Court enter the below Order approving this Stipulation:

1. WHEREAS, on August 27, 2025, Plaintiff filed the Complaint (ECF No. 1);

2. WHEREAS, Defendants filed motions to dismiss the Complaint on December 5, 2025 and on December 12, 2025;

3. WHEREAS, Plaintiff filed an omnibus brief in opposition to Defendants' motions on January 16, 2026;

4. WHEREAS, the Court has previously ordered that any reply briefing submitted in response to Plaintiff's opposition shall be filed on or before March 02, 2026 (*see* ECF No. 21);

1

5. WHEREAS, the parties are currently engaged in discussions that could narrow or eliminate the issues that are presented in the motions and that will be addressed by Defendants' replies; and

6. WHEREAS, the parties believe that allowing these discussions to continue will ultimately conserve the resources of the Court and of the parties;

IT IS HEREBY STIPULATED AND AGREED:

1. Defendants' replies in further support of their motions to dismiss shall be filed on or before [August 15, 2026] or [_____, in the event the Court desires a shorter extension of the requested deadlines.]

Dated: February 27, 2026

BY: */s/Daniel Centner*
Daniel Centner (admitted *pro hac vice*)
**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**
935 Gravier Street
New Orleans LA 70112
504-605-2234
dcentner@peifferwolf.com

Alex E. Rogers, Esquire
**ALEX ROGERS LAW**
(PA ID #71043)
425 New Commerce Boulevard
Wilkes-Barre, PA 18706
Phone: 570-262-8250
Email: arogers@bedwickandjones.com

Jason J. Kane (admitted *pro hac vice*)
**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**
160 Linden Oaks
Rochester New York 16425
858-310-5140
jkane@peifferworlf.com

**COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.**

BY: */s/Benjamin D. Hartwell*
Christopher D. Carusone, Esquire
(PA ID# 71160)
Benjamin D. Hartwell, Esquire
(PA ID# 321003)
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
Phone: (215) 564-1700
Email: ccarusone@cohenseglias.com
       bhartwell@cohenseglias.com

David Axelrod (PA ID# 323792)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor,
Philadelphia, PA 19103
Phone: (215) 864-8639
Email: axelrodd@ballardspahr.com

*Attorneys for Defendant David Zook*

<div style="column-count: 2">

Nico Banks (admitted *pro hac vice*)
**BANKS LAW OFFICE**
1121 SE Sherman St., Unit A
Portland, OR 97214
(T) 971-678-0036
nico@bankslawoffice.com

Scott Silver (admitted *pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
(T) 954-755-4799
ssilver@silverlaw.com

Ryan Schwamm (admitted *pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
(T) 954-755-4799
rschwamm@silverlaw.com

Peter Spett (admitted *pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road Coral Springs, FL 33065
(T) 954-755-4799
pspett@silverlaw.com

*Attorneys for Plaintiff Batman Investments LLC, individually and on behalf of all others similarly situated*

BY:     /s/Matthew M. Clarke
**KELLEY CLARKE LAW PC**
Matthew M. Clarke
603 E. Broadway Street
Prosper Texas 75078
805-884-9922
matt@kelleyclarke.com
*Attorney for Defendant Mir Jafer Ali Joffrey*

BY:     /s/Abraham J. Rein
Abraham J. Rein, Esquire
Four Penn Centner, 14th Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
arein@postchell.com
(215) 587-1057
(215) 320-4194 (Facsimile)
*Attorney for Defendant Mir Jafer Ali Joffrey*

BY:     /s/Mark Carlisle Levy
Mark Carlisle Levy
**ECKERTS SEAMANS CHERIN & MELLOTT, LLC**
Attorney ID No. 42234
Two Liberty
50 South 16th Street., 22nd Floor
Philadelphia, PA 19102
215-851-8400
215-851-8383 (fax)
mlevy@eckertseamans.com
*Attorney for Defendant Jerry Hostetter*

BY:     /s/Meredith Sherman
Meredith Sherman
**GREENBAUM ROWE SMITH & DAVIS**
99 Wood Avenue South
Iselin, NJ 08830
215-880-5940
732-549-1881 (fax)
msherman@greebaumlaw.com

*Attorney for Defendant Randall Leaman*

</div>

3

**APPROVED BY THE COURT:**

_____
Catherine Henry, J.

4